**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr168-MHT** |
| | ) | **(WO)** |
| **JARODERICK HARDY** | ) | |

**ORDER**

It is ORDERED that:

(1) The motion to dismiss (Doc. 70) is granted.

(2) The revocation petition (Doc. 64) is dismissed.

(3) Defendant Jaroderick Hardy's term of supervised release is terminated, and said defendant is discharged.

DONE, this the 30th day of July, 2021.

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**